UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-------------------------------------------------------------------------------------------------------

Wilzaylan Brito Solis,                                           D. Minn. Case No. 0:23-mc-_____

                                   Plaintiff,                                    M.D. Fla. Case No.
                                                                          No. 5:23-cv-000208-JSM-PRL

             v.

American Express National Bank; et al.;

                             Defendants.

---

## DEFENDANT TD BANK USA, N.A., AND NONPARTY TARGET ENTERPRISE SERVICES, INC.'S MOTION TO QUASH SUBPOENAS

---

Defendant TD Bank USA, N.A., and its nonparty credit-card servicer

Target Enterprise Services, Inc., respectfully move this Court under Rule 45(d)(3)

for an order quashing Mr. Solis's subpoenas to Target.

October 10, 2023.

BARNES & THORNBURG LLP

/s/ Brian Melendez

_____

Brian Melendez, No. 0223633
Autumn C. Gear, No. 0398236
Suite 2800
225 South Sixth Street
Minneapolis, MN 55402-4662
Ph. 612.367.8734
Fax 612.333.6798
brian.melendez@btlaw.com

Attorneys for Defendant
    TD Bank USA, N.A., and
    its nonparty credit-card servicer
    Target Enterprise Services, Inc.