UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wilzaylan Brito Solis,   D. Minn. Case No. 0:23-mc-_____

          Plaintiff,   M.D. Fla. Case No.
No. 5:23-cv-000208-JSM-PRL

v.

American Express National Bank; et al.;

          Defendants.

---

**EXHIBIT LIST**
FOR
DEFENDANT TD BANK USA, N.A., AND
NONPARTY TARGET ENTERPRISE SERVICES, INC.'S
MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO QUASH SUBPOENAS

---

These exhibits accompany Defendant TD Bank USA, N.A., and Nonparty Target Enterprise Services, Inc.'s Memorandum of Law in Support of Motion to Quash Subpoenas (ECF Doc. 4):

| Ex. | Document |
| --- | --- |
| A | Defendant TD Bank USA, N.A.'s Initial Disclosure (June 26, 2023) |
| B | Defendant TD Bank USA, N.A.'s Answers to Plaintiff's Interrogatories (July 10, 2023) |

| | |
|---|---|
| C | Defendant TD Bank USA, N.A.'s Response to Plaintiff's Request for Production (July 10, 2023) |
| D | Notice of Intent to Serve Subpoena Duces Tecum with Deposition (Sept. 22, 2023) |
| E | Subpoena to Testify at a Deposition in a Civil Action (Sept. 21, 2023) |
| F | Emails Between Santiago J Teran and Brian Melendez (Sept. 25 – Oct. 9, 2023) |
| G | Letter from Brian Melendez to Santiago J Teran (Oct. 9, 2023) |

October 10, 2023.

BARNES & THORNBURG LLP

/s/ Brian Melendez
_____
Brian Melendez, No. 0223633
Autumn C. Gear, No. 0398236
Suite 2800
225 South Sixth Street
Minneapolis, MN 55402-4662
Ph. 612.367.8734
Fax 612.333.6798
brian.melendez@btlaw.com

Attorneys for Defendant
 TD Bank USA, N.A., and
 its nonparty credit-card servicer
 Target Enterprise Services, Inc.