-------------------------------------------------------------------------------------------------------

Wilzaylan Brito Solis,                                    No. 5:23-cv-000208-JSM-PRL

Plaintiff,

v.

American Express National Bank; et al.;

Defendants.

DEFENDANT TD BANK USA, N.A.'S
INITIAL DISCLOSURE

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant TD Bank USA, N.A., provides this initial disclosure:

(A)   **The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses.**

TD's information about the subject account and claims is corporate information based on its servicer Target Enterprise, Inc.'s records. The employee who researched the account for this action is Susan L. Wolf, Target Financial & Retail Services, Mail Stop NCB-0461, Target Northern Campus, 7000 Target Parkway North, Brooklyn Park, MN 55445 (ph. 612.696.0860). Ms. Wolf can be contacted through TD's attorneys.

The three major consumer reporting agencies that compile and maintain files on consumers on a nationwide basis may have information that appeared on Mr. Solis's consumer report and about his credit-reporting disputes:

(1)     Equifax Information Services LLC, P.O. Box 740241, Atlanta, GA 30374.

(2)     Experian, 601 Experian Parkway, Allen, TX 75013.

(3)     Trans Union LLC, 2 Baldwin Place, Crum Lynne, PA 19022.

Experian will also have information about whether it sent notice to TD with respect to the dispute that the second amended complaint alleges in paragraphs 129–36 and 151–59.

(B)    **A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses.**

Target Enterprise, Inc., has records relating to the subject Target-branded credit-card account, including the application for credit; the credit-card agreement; monthly billing statements; transaction history; payments; account notes and archived notes; third-party collection activity; data from Automated Consumer Dispute Verification forms; and current credit reporting. A copy of each such document, numbered T001–234, is being provided to Mr. Solis's attorneys with this disclosure. These documents are "nonpublic personal information" within the meaning of 15 U.S.C. § 6801(a), commonly known as the Graham–Leach–Bliley Act; TD will provide a copy to any other Party that so requests, subject to an appropriate protective order or other order that qualifies as "judicial process" authorizing such disclosure under 15 U.S.C. § 6802(e)(8).

The three major consumer reporting agencies that compile and maintain files on consumers on a nationwide basis may have documents or electronically stored information about the information that appeared on Mr. Solis's consumer report and about his credit-reporting disputes:

(1)     Equifax Information Services LLC, P.O. Box 740241, Atlanta, GA 30374.

(2)     Experian, 601 Experian Parkway, Allen, TX 75013.

(3)     Trans Union LLC, 2 Baldwin Place, Crum Lynne, PA 19022.


(C)     **A computation of each category of damages claimed by the disclosing party.**

TD has not claimed any damages.


(D)     **Any insurance agreement under which an insurance business may be liable to satisfy part or all of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.


June 26, 2023.

BARNES & THORNBURG LLP

/s/ Brian Melendez

_____

Brian Melendez
Fla. Bar No. 0103559
Suite 2800
225 South Sixth Street
Minneapolis, MN 55402-4662
Ph. 612.367.8734
Fax 612.333.6798
brian.melendez@btlaw.com

in association with

HILL WARD HENDERSON
Sherilee J. Samuel
Fla. Bar No. 017499
3700 Bank of America Plaza
101 East Kennedy Boulevard
Tampa, FL 33602
Ph. 813.221.3900
Fax 813.221.2900
sherilee.samuel@hwhlaw.com

and

Autumn C. Gear
    Minn. License No. 0398236 (admitted
    pro hac vice)
BARNES & THORNBURG LLP
Suite 2800
225 South Sixth Street
Minneapolis, MN 55402-4662
Ph. 612.367.8719
Fax 612.333.6798
autumn.gear@btlaw.com

Attorneys for Defendant
    TD Bank USA, N.A.