# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| WILZAYLAN BRITO SOLIS,<br><br>　　　　Plaintiff,<br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK; CAPITAL ONE, N.A.; CITIBANK, N.A.; DISCOVER BANK.; LVNV FUNDING LLC; MIDLAND CREDIT MANAGEMENT INC.; RESURGENT CAPITAL SERVICES, L.P.; SYNCHRONY BANK; TD BANK USA, N.A.; UPLIFT INC., EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; CREDIT CONTROL, LLC; RADIUS GLOBAL SOLUTIONS LLC; SOURCE RECEIVABLES MANAGEMENT, LLC,<br><br>　　　　Defendants. | Case No. 5:23-cv-00208-JSM-PRL<br><br><br><br>**NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM WITH DEPOSITION** |

　　　　PLEASE TAKE NOTICE that pursuant Fed. R. Civ. P. 45(a)(1)(B), Plaintiff intends to issue a Subpoena Duces Tecum commanding testimony at a deposition by oral examination of Target Financial & Retail Services, on **October 11, 2023 at 9:30 a.m. EST**, **Via Zoom**. The testimony will be recorded by video and stenographically before an officer authorized by law to administer oaths
　　The documents subpoenaed are identified in Exhibit A hereto.
are no documents requested.

1/8

Dated: September 22, 2023.	**CONSUMER ATTORNEYS**

*/s/ Santiago J Teran*
Santiago J Teran
FL Bar No. 1018985
Consumer Attorneys
steran@consumerattorneys.com
2125 Biscayne Blvd., Ste 206
Miami, FL 33137
Direct: (305) 433-3252
Facsimile: (718) 715-1750

Consumer Attorneys
8245 N. 85th Way
Scottsdale, AZ 85258

*Attorney for Plaintiff*
*Wilzaylan Brito Solis*

Copies of all documents researched and gathered by Susan L. Wolf that were provided by Target to TD Bank in connection with this litigation.

Copies of all communications between Target and TD Bank in connection with this litigation.

Copies of all communications between Target and Plaintiff.

Copies of all of Plaintiff's disputes forwarded to Target by any credit reporting agency and/or TD Bank.

Copies of all of Target documents produced or prepared in connection with Plaintiff's disputes.

Copies of all contracts and agreements, and their amendments, governing Target's duties and responsibilities as servicer for TD Bank in force beginning in November 2019.

Copies of Target's training materials for all training imparted on any employee or contractor who reviewed Target's reporting of Plaintiff's TD Bank account(s) or investigated Plaintiff's disputes.

Copies of all contracts and agreements, and their amendments, governing Target's contractors' duties and responsibilities when investigating — on behalf of Target— customers' disputes.

Copies of all documents reviewed in connection Plaintiff's dispute assigned the control number 99992291513900024.

Copies of all documents reviewed in connection Plaintiff's dispute assigned the control number 413840370021012.

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023 I served a true copy of document(s) described as:

1) **NOTICE OF INTENT TO SERVE SUBPOENA(S)**
2) **SUBPOENA TO TESTIFY AT A DEPOSITION & ATTACHMENT A**
3) **COVER LETTER**
4) **ZOOM INFORMATION**

The documents were served via E-mail on the following Defendant(s) through respective counsel:

Jason Daniel Joffe (FL Bar No. 0013564)
E-mail: jason.joffe@squirepb.com
Squire Patton Boggs (US) LLP
200 S. Biscayne Blvd., Ste 3400
Miami, FL 33131
Phone: 305-577-7000
Facsimile: 305-577-7001
*Counsel for Defendant Equifax Information Services LLC*

Linda LaRue (FL Bar No. 30467)
E-mail: llarue@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Ste 1800
Dallas, TX 75201
Phone: 214-880—1863
Facsimile: 214-871-2111
*Counsel for Defendant Trans Union LLC*

Andrew Kemp-Gerstel (FL Bar No. 0044332)
E-mail:akg@lgplaw.com
Michael D. Starks (FL Bar No. 0086584)
E-mail: mds2@lgplaw.com
Liebler, Gonzalez & Portuondo
44 West Flagler Street
Miami, FL 33130

Phone: 305-379-0400
Facsimile: 305-379-9626
*Counsel for Defendant Capital One, N.A.*

Ryan C. Reinert (FL Bar No. 81989)
E-mail: [rreinert@shutts.com](mailto:rreinert@shutts.com)
Bridget M. Dennis (FL Bar No. 1024897)
E-mail: [bdennis@shutts.com](mailto:bdennis@shutts.com)
Shutts & Bowen LLP
4301 W. Boy Sout Blvd., Ste 300
Tampa, FL 33607
Phone: 813-229-8900
*Counsel for Citibank, N.A.*

Sara Solano (FL Bar No. 117966)
E-mail: [ssolano@burr.com](mailto:ssolano@burr.com)
BURR & FORMAN LLP
350 E. Las Olas Blvd, Ste 1440
Ft. Lauderdale, FL 33301
Phone: 954-414-6200
Facsimile: 954-414-6201
Facsimile: 214-871-2111
*Counsel for Discover Bank*

Lauren M. Burnette, Esquire (FL Bar No. 0120079)
E-mail: [lburnette@messerstrickler.com](mailto:lburnette@messerstrickler.com)
John M. Marees II, Esquire (FL Bar No. 069879)
E-mail: jmarees@messerstrickler.com
Messer Strickler Burnette, LTD.
12276 San Jose Blvd, Ste 718
Jacksonville, FL 32223
Phone: 904-527-1172
Facsimile: 904-683-7353
*Counsel for Defendants Resurgent Capital Services, L.P. & LVNV Funding, LLC*

Cory W. Eichhorn (FL Bar No. 576761)
E-mail: [cory.eichhorn@hklaw.com](mailto:cory.eichhorn@hklaw.com)
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131

Phone: 305-374-8500
Facsimile: 305-789-7799
*Counsel for Defendant Midland Credit Management, Inc.*


Magda L. Janicki (FL Bar No. 95609)
E-mail: mjanicki@reedsmith.com
Reed Smith LLP
200 South Biscayne Blvd Ste 2600
Miami, FL 33131
Phone: 786-747-0199
*Counsel for Synchrony Bank*

Brian Melendez (FL Bar No. 0103559)
E-Mail:brian.mmelendez@btlaw.com
Barnes & Thornburg LLP
225 South Sixth Street Ste 2800
Minneapolis, MN 55402
Phone: 612-367-8734
Facsimile: 612-333-6798
*Counsel for Defendant TD Bank USA, N.A.*

Sangeeta Spengler, ESQ. (FL Bar No. 0186864)
E-mail: spspengler@gsgfirm.com
Golden Scaz Gagain, PLLC
1135 Marbella Plaza Drive
Tampa, FL 33619
Phone: 813-251-5500
Facsimile: 813-251-3675
*Counsel for Defendant Credit Control LLC*

Rachel M. Fleishman, Esq. (FL Bar No. 1026438)
E-mail: rfleishman@sessions.legal
Dayle M. Van Hoose, Esq. (FL Bar No. 0016277)
E-mail:dvanhoose@sessions.legal
Sessions, Israel & Shartle, LLC
3350 Buschwood Park Dr. Ste 195
Tampa, FL 33618
Phone: 813-775-2170
Facsimile: 877-334-0661

*Counsel for Defendant Radius Global Solutions, LLC*

Executed on September 22 2023.

                                        CONSUMER ATTORNEYS

                                        */s/Susan V. Allsopp*