**Melendez, Brian**
___

| | |
|---|---|
| **From:** | Santiago Teran <steran@consumerattorneys.com> |
| **Sent:** | Monday, October 9, 2023 4:06 PM |
| **To:** | Melendez, Brian |
| **Cc:** | Susan Allsopp; Sherilee J. Samuel; Gear, Autumn |
| **Subject:** | [EXTERNAL] Re: Brito Solis v. TD Bank et al - Service on Target entity |

**Caution: This email originated from outside the Firm.**
___

I had already written that we will proceed with the deposition given your answers.



Santiago J Teran
Associate
**Consumer Attorneys**
2125 Biscayne Blvd Ste 206
Miami, FL 33137
E: steran@consumerattorneys.com
C: 347-946-7990
P: 305-433-3252
F: 718-715-1750

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed, and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer.

___

**From:** Melendez, Brian <brian.melendez@btlaw.com>
**Sent:** Monday, October 9, 2023 4:20 PM
**To:** Santiago Teran <steran@consumerattorneys.com>
**Cc:** Susan Allsopp <sallsopp@consumerattorneys.com>; Sherilee J. Samuel <sherilee.samuel@hwhlaw.com>; Gear, Autumn <autumn.gear@btlaw.com>
**Subject:** RE: Brito Solis v. TD Bank et al - Service on Target entity

Santiago:

      You wrote on Tuesday the 3rd that "the process server proceeded with service despite our request to wait until we heard back from you," from which I understood that your subpoena had been served. I asked Target to look out for the subpoena, but I haven't heard anything, which leads me to believe that Target hasn't received the subpoena. Can you confirm that it was served? Just in case, I attach a letter objecting to the request for production.

      You wrote on the 28th that "If Target and TD will produce the same representative on behalf of both TD and Target, then we can also obviate the deposition under subpoena." I wrote back on Tuesday the 3rd that the same witness can testify for both. The witness will be Susan L. Wolf, who has been out of the

<mark>country for the past three weeks, but who returns to the office either today or tomorrow. I will check on her availability for a deposition later this month and let you know.</mark>

BRM

**Brian Melendez** | Partner
Barnes & Thornburg LLP
225 S. Sixth Street Suite 2800, Minneapolis, MN 55402
Direct: (612) 367-8734



Atlanta | Boston | California | Chicago | Delaware | Indiana | Michigan | Minneapolis | Nashville | New Jersey
New York | Ohio | Philadelphia | Raleigh | Salt Lake City | South Florida | Texas | Washington, D.C.

---

**From:** Santiago Teran <steran@consumerattorneys.com>
**Sent:** Tuesday, October 3, 2023 11:17 AM
**To:** Melendez, Brian <brian.melendez@btlaw.com>
**Cc:** Susan Allsopp <sallsopp@consumerattorneys.com>; Sherilee J. Samuel <sherilee.samuel@hwhlaw.com>; Gear, Autumn <autumn.gear@btlaw.com>
**Subject:** [EXTERNAL] Re: Brito Solis v. TD Bank et al - Service on Target entity

**Caution: This email originated from outside the Firm.**

---

Brian,

<mark>Unfortunately, this is going in circles. I will proceed per our subpoena on Target, both as to documents and the deposition.</mark>

Best,



Santiago J Teran
Associate
**Consumer Attorneys**
2125 Biscayne Blvd Ste 206
Miami, FL 33137
E: steran@consumerattorneys.com
C: 347-946-7990
P: 305-433-3252
F: 718-715-1750

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed, and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer.

<mark>2</mark>

**From:** Melendez, Brian <brian.melendez@btlaw.com>
**Sent:** Tuesday, October 3, 2023 10:49 AM
**To:** Santiago Teran <steran@consumerattorneys.com>
**Cc:** Susan Allsopp <sallsopp@consumerattorneys.com>; Sherilee J. Samuel <sherilee.samuel@hwhlaw.com>; Gear, Autumn <autumn.gear@btlaw.com>
**Subject:** RE: Brito Solis v. TD Bank et al - Service on Target entity

Santiago:

    You wrote that "TD responses to discovery make it very clear that the entities are separate and that TD was passing the blame to Target." I don't understand how you are reaching that conclusion, which is mistaken. TD and Target are in privity, and TD is vicariously liable for Target's conduct as TD's servicer, so there would be no point in "TD . . . passing the blame to Target." I am representing both TD and Target, and their views are entirely aligned in TD's defense.

    You also wrote that "If TD amends its responses to state on the record what you're stating on your email, I have no issues with the document production." Again, I suspect that you are misreading TD's responses, so I'm not sure what you think needs to be amended. We have no problem with putting what I wrote in my email last week in a declaration or a discovery response. But TD's discovery responses already say that "'TD' means Defendant TD Bank USA, N.A., and includes its credit-card servicer Target Enterprise, Inc.," which is essentially the point that I have been trying to make.

    As I wrote last week, "when you served discovery requests on TD, TD's responses included everything that you could have gotten from Target." And it is the case that "the same witness can testify as to TD and Target."

                                          BRM

**Brian Melendez** | Partner
Barnes & Thornburg LLP
225 S. Sixth Street Suite 2800, Minneapolis, MN 55402
Direct: (612) 367-8734

    

Atlanta | Boston | California | Chicago | Delaware | Indiana | Michigan | Minneapolis | Nashville | New Jersey
New York | Ohio | Philadelphia | Raleigh | Salt Lake City | South Florida | Texas | Washington, D.C.

---

**From:** Santiago Teran <steran@consumerattorneys.com>
**Sent:** Tuesday, October 3, 2023 9:35 AM
**To:** Melendez, Brian <brian.melendez@btlaw.com>
**Cc:** Susan Allsopp <sallsopp@consumerattorneys.com>; Sherilee J. Samuel <sherilee.samuel@hwhlaw.com>; Gear, Autumn <autumn.gear@btlaw.com>
**Subject:** [EXTERNAL] Re: Brito Solis v. TD Bank et al - Service on Target entity

**Caution: This email originated from outside the Firm.**

Hello Brian,
Please advise. At this time, we are proceeding with the subpoena on Target.

Do note that the process server proceeded with service despite our request to wait until we heard back from you.

Best,



Santiago J Teran
Associate
**Consumer Attorneys**
2125 Biscayne Blvd Ste 206
Miami, FL 33137
E: steran@consumerattorneys.com
C: 347-946-7990
P: 305-433-3252
F: 718-715-1750

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed, and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer.

---

**From:** Santiago Teran <steran@consumerattorneys.com>
**Sent:** Thursday, September 28, 2023 5:01 PM
**To:** Melendez, Brian <brian.melendez@btlaw.com>
**Cc:** Susan Allsopp <sallsopp@consumerattorneys.com>; Sherilee J. Samuel <sherilee.samuel@hwhlaw.com>; Gear, Autumn <autumn.gear@btlaw.com>
**Subject:** Re: Brito Solis v. TD Bank et al - Service on Target entity

Hello Brian,

I understand your point but TD responses to discovery make it very clear that the entities are separate and that TD was passing the blame to Target. Without clearer discovery responses I have to proceed with both entities being separate and requiring that we subpoena Target. If TD amends its responses to state on the record what you're stating on your email, I have no issues with the document production. If Target and TD will produce the same representative on behalf of both TD and Target, then we can also obviate the deposition under subpoena.

Finally, there is a difference, as you may have implied on your mail, between adopting procedures and following them. Therefore, unless all documents were already produced by TD and the same witness can testify as to TD and Target, there is an issue there that forces me to proceed with the subpoena.

Please advise.

Best,



Santiago J Teran
Associate
**Consumer Attorneys**
2125 Biscayne Blvd Ste 206
Miami, FL 33137

E: steran@consumerattorneys.com
C: 347-946-7990
P: 305-433-3252
F: 718-715-1750

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed, and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer.

---

**From:** Melendez, Brian <brian.melendez@btlaw.com>
**Sent:** Monday, September 25, 2023 4:51 PM
**To:** Santiago Teran <steran@consumerattorneys.com>
**Cc:** Susan Allsopp <sallsopp@consumerattorneys.com>; Sherilee J. Samuel <sherilee.samuel@hwhlaw.com>; Gear, Autumn <autumn.gear@btlaw.com>
**Subject:** RE: Brito Solis v. TD Bank et al - Service on Target entity

Santiago:

Thanks for your message. You were on my list to write to this afternoon.

The address in TD's initial disclosure was the office building where the researcher works, not the company's address for service of process.

Sherilee, Autumn, and I represent both TD Bank USA, N.A., the named Defendant, and its credit-card servicer Target Enterprise Services, Inc. (formerly Target Enterprise, Inc.). So yes, I can accept service on behalf of Target Enterprise Services, Inc. But that approach makes little sense to me, so I'm writing to explain why and to suggest a different approach.

TD issues the Target-branded credit card, and Target services the credit-card accounts. TD is involved at the policy level, but not at the account level — that is, all the cardholder-facing activity occurs through Target, not TD. Target, not TD, handles all account management, billing, credit reporting, and recordkeeping.

More to the point, Target keeps the account records, and TD does not — but since Target is TD's servicer, everything in Target's possession, custody, or control is also in TD's control. So when you served discovery requests on TD, TD's responses included everything that you could have gotten from Target. Asking for the information a second time from Target doesn't gain you anything that you didn't already get when you asked for it from TD, but it does duplicate both your effort and mine — which is why that approach didn't make sense to me. Likewise, a deposition from Target would be the same deposition that you would get from TD, almost certainly with the same witness — the researcher, Sue Wolf.

Going through Target just adds an unnecessary layer to the process. I therefore ask that you withdraw the subpoena, and just ask for what you need directly from TD. If you'd like a deposition, then I can get it set up; Sue Wolf is on vacation out of the country this week and next, though, so I won't be able to visit with her about scheduling until she is back in the office the week of Monday the 9th.

**Brian Melendez** | Partner
Barnes & Thornburg LLP
225 S. Sixth Street Suite 2800, Minneapolis, MN 55402
Direct: (612) 367-8734



---

**From:** Santiago Teran <steran@consumerattorneys.com>
**Sent:** Monday, September 25, 2023 1:23 PM
**To:** Melendez, Brian <brian.melendez@btlaw.com>; Sherilee J. Samuel <sherilee.samuel@hwhlaw.com>; Walton, Patti <Patricia.Walton@btlaw.com>; Gear, Autumn <autumn.gear@btlaw.com>
**Cc:** Susan Allsopp <sallsopp@consumerattorneys.com>
**Subject:** [EXTERNAL] Brito Solis v. TD Bank et al - Service on Target entity

**Caution: This email originated from outside the Firm.**

Counsel,
Our process server attempted to serve the Target entity as you identified on your initial disclosure statement.
Service was rejected at that location.
Please advise you can accept service on behalf of Target.
Best,



Santiago J Teran
Associate
**Consumer Attorneys**
2125 Biscayne Blvd Ste 206
Miami, FL 33137
E: steran@consumerattorneys.com
C: 347-946-7990
P: 305-433-3252
F: 718-715-1750

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed, and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.